**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ROBERT L. HOLBROOK, et al., | CIVIL ACTION NO. 3:14-CV-28 |
| Plaintiffs, | (JUDGE CAPUTO) |
| v. | (MAGISTRATE JUDGE Blewitt) |
| THERESA JELLEN, et al., | |
| Defendants. | |

## ORDER

**NOW**, this 14th day of May, 2014, upon review of the Report and Recommendation of Magistrate Judge Blewitt (Doc. 8) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

1. The Report & Recommendation (Doc. 8) is **ADOPTED**.
2. Defendants' Motion to Dismiss (Doc. 5) is **GRANTED in part** and **DENIED in part**. Defendants' Motion is **GRANTED** with respect to Plaintiffs' claims seeking monetary damages against state actor Defendants in their official capacities, and these claims are **DISMISSED with prejudice**. Plaintiffs' claim for a declaratory judgment against Defendants is **DISMISSED without prejudice**. Defendants' Motion is **DENIED** with respect to Plaintiffs' claims against supervisory Defendants and Plaintiffs' First Amendment claims.
3. This case is **RECOMMITTED** to Magistrate Judge Blewitt for further proceedings.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge