IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ROBERT L. HOLBROOK, et al : CIVIL ACTION NO. 3:14-cv-0028
    Plaintiffs, :
       : (Judge Caputo)
v. : (Magistrate Judge...)
       :
THERESA JELLEN, et al, :
    Defendant. :

FILED
WILKES-BARRE
JUN 03 2015
Per ___MS___

## ORDER

NOW, this 3rd day of June, 2015, upon consideration of the plaintiffs' motion to compel discovery (Doc. 60) and after review of the parties' submissions, it is hereby ORDERED as follows:

1. The request of the defendant (Doc. 64) to vacate the order of May 5, 2015 is DENIED.

2. The stay imposed on May 15, 2015 of the order dated May 5, 2015 (Doc. 62) is hereby LIFTED as to Request for Production Nos. 2, 8, 12, and 13; and Interrogatory Nos. 12, 28, and 37.

3. The May 5, 2015 order is STAYED as to Request for Production No. 10. The defendant shall provide the following documents to the court for an *in camera* review:

    a.    November 17, 2009 email authored by former Assistant Counsel Dave Farney to Mailroom Supervisor at SCI-Laurel Highlands Gail Beers;

    b.    May 19, 2010 email authored by former Assistant Counsel Dave Farney to Mailroom Supervisor SCI-Greensburg Kandace Gettins;

    c.    April 22, 2011 email authored by former Assistant Counsel Dave Farney to Mailroom Supervisor Kim Ulisny and Institutional Business Manager Mike Spencer at SCI-Graterford;

    d.    December 15, 2011 legal memorandum authored by Assistant Counsel Debra Sue Rand to the Dorina Varner at Central Office;

    e.    January 19, 2012 email authored by Assistant Counsel Debra Sue Rand to Grievance Officer Leilani Sears (deceased) at Central Office;

    f.    March 7, 2012 email authored by Deputy Chief Counsel Randall Sears to the Secretary's Office of Inmate Grievances and Appeals at Central Office; and

    g.    July 26, 2012 legal memorandum authored by Assistant Counsel Debra Sue Rand to former Chief Counsel Suzanne N. Hueston on the subject of hate speech.

4.    In all other respects, the plaintiffs' motion to compel discovery (Doc. 60) is GRANTED.

5. All documents shall be inspected and/or produced and all answers to interrogatories shall be made within fourteen (14) days of the date of this order.

6. The defendants shall provide those documents set forth in paragraph 3 of this order to the undersigned for an *in camera* review within fourteen (14) days of the date of this order.

                                          /s/ Joseph F. Saporito, Jr.
                                          JOSEPH F. SAPORITO, JR.
                                          United States Magistrate Judge

Dated: June 3, 2015