**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| ROBERT L. HOLBROOK, et. al., | |
|---|---|
| Plaintiffs, | CIVIL ACTION NO. 3:14-CV-00028 |
| v. | (JUDGE CAPUTO) |
| THERESA JELLEN, et. al., | (MAGISTRATE JUDGE SAPORITO) |
| Defendants. | |

### ORDER

**NOW**, this 3rd day of October, 2017, upon review of the Report and Recommendation ("R&R") of Magistrate Judge Saporito (Doc. 125) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that Magistrate Judge Saporito's R&R is **ADOPTED in its entirety**:

(1) Defendants' Motion for Partial Summary Judgment (Doc. 84) is **GRANTED in part and DENIED in part.**

   (a) **JUDGMENT** is entered in favor of Defendants with respect to all damages claims under **Counts I, III(d), IV, and VII** of the Second Amended Complaint.

(2) Plaintiffs' Motion for Partial Summary Judgment (Doc. 95) is **GRANTED in part and DENIED in part**.

   (a) **JUDGMENT** is entered as to liability in favor of Plaintiffs with respect to all damages claims under **Counts II, III(a), III(b), and VI** of the Second Amended Complaint

(3) Plaintiffs' claims for prospective injunctive relief are **DISMISSED as moot**.

(4) **Count VIII** of the Second Amended Complaint is **DISMISSED with prejudice** for failure to state a claim upon which relief can be granted.

(5) **JUDGMENT** is entered in favor of Defendants with respect to any damages claims against Defendants in their official capacities.

(6) This case is placed on the December 2017 Trial List. A pre-trial order will follow.

        /s/ A. Richard Caputo
        A. Richard Caputo
        United States District Judge